JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC E., | Case No. 5:25-cv-01601-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED: October 17, 2025

_____
KAREN E. SCOTT
United States Magistrate Judge

1